**EVANS & MULLINIX, P.A.**
**7225 Renner Road, Suite 200**
**Shawnee, KS 66217**
**(913) 962-8700**

Page: 1
May 31, 2017

Sunshine Home Health Care
14610 Parallel Rd.
Basehor KS 66007

Account No: 30177-10D
Statement No: 1

Bankruptcy
CNG

### STATEMENT FOR SERVICES

| Date | Atty | Description | Hours |
|---|---|---|---|
| 05/03/2017 | | | |
| | CG | Phone call with attorney and client; office conference with client; | 1.50 |
| 05/04/2017 | | | |
| | CG | Phone call with Tad Layton re case; | 0.20 |
| | CG | Email with client; review documents; begin draft of bankruptcy; | 1.50 |
| | MF | Draft corporate resolution | 0.10 |
| 05/05/2017 | | | |
| | MF | Draft application to employ E&M | 0.30 |
| | MF | Draft motion and order for use of cash collateral | 0.50 |
| | MF | Prepare Petition | 1.20 |
| | MF | Draft motion for expedited hearing on motion for use of cash collateral and pre petition payroll | 0.20 |
| | MF | Draft order for expedited hearing | 0.10 |
| | CG | Phone call and email with Tad Layton; begin review of trust agreement; | 0.30 |
| | CG | Office conference with client; review and revise schedules; file petition; | 2.00 |
| | CG | Review budget; emails with client; draft 1st day motions; | 1.50 |
| 05/08/2017 | | | |
| | CG | Review, revise and file 1st day motions; | 1.50 |

Sunshine Home Health Care

Bankruptcy
CNG

| | | | Hours |
|---|---|---|---|
| | CG | Email with client re budget; phone calls with client; | 0.30 |
| | MF | Draft order granting expedited hearing | 0.10 |
| 05/09/2017 | | | |
| | CG | Email with US Attorney and US Trustee; | 0.20 |
| | CG | Email with IRS re cash collateral hearing; | 0.20 |
| | CG | Review notice re unsecured creditors committee; email to client; | 0.20 |
| 05/10/2017 | | | |
| | MF | Draft notice of continuance of 341 meeting | 0.10 |
| | CG | Phone call with IRS attorney and client re cash collateral; | 0.50 |
| | CG | Email with US Trustee re cash collateral; draft new 341 notice; | 0.20 |
| 05/11/2017 | | | |
| | CG | Review of file; travel to and attend cash collateral hearing; discuss with client; phone call with Chris Troppito; | 2.00 |
| 05/12/2017 | | | |
| | MF | Draft Order granting motion to pay prepetition payroll | 0.20 |
| | CG | Email to client re DIP account; | 0.10 |
| 05/15/2017 | | | |
| | CG | Phone call with client re bank account; | 0.20 |
| | CG | Correspondence to client with IRS tax return request; | 0.20 |
| 05/16/2017 | | | |
| | CG | Phone call with client re sale issues; emails with client re IRS issues; | 0.30 |
| | CG | Review & sign Certificate of Service on cash collateral order; | 0.10 |
| 05/17/2017 | | | |
| | MF | Draft certificate of service on order authorizing use of cash collateral | 0.10 |
| 05/18/2017 | | | |
| | CG | Review IRS claim; email to client; | 0.20 |
| | CG | Office conference with client; emails and phone calls with US Trustee; | 1.00 |
| | CG | Review documents; send to US Trustee; emails with client re | |

Page: 3
May 31, 2017
Account No: 30177-10D
Statement No: 1

Sunshine Home Health Care

Bankruptcy
CNG

|  |  |  | Hours |  |
|---|---|---|---|---|
|  |  | meeting and documents; | 0.50 |  |
| 05/19/2017 |  |  |  |  |
|  | CG | Phone call with US Trustee; email to client re meeting; | 0.20 |  |
| 05/22/2017 |  |  |  |  |
|  | CG | Draft asset purchase agreement and motion to sell; | 1.00 |  |
|  | CG | Draft motion to continue use of bank accounts; | 0.50 |  |
| 05/23/2017 |  |  |  |  |
|  | MF | Draft motion and order to set bar date | 0.50 |  |
|  | CG | Draft final cash collateral order; email to IRS; upload to court; | 0.80 |  |
|  | CG | Draft motion to avoid ombudsman appointment; research issue; | 2.00 |  |
|  | CG | Email to US Trustee re initial interview; | 0.10 |  |
|  | CG | Continue draft of sale documents; phone calls and emails to client; | 1.80 |  |
|  | CG | Draft motion to set bar date; | 0.30 |  |
| 05/25/2017 |  |  |  |  |
|  | MF | Draft certificate of service of order setting bar date | 0.10 |  |
|  | CG | Phone call with Carla Barksoble re license issue; | 0.20 |  |
|  | CG | Phone call with court clerk re hearing; email to US Trustee; phone call with court on cash collateral; | 0.80 |  |
|  | CG | Review, revise and file motion to waive patient record ombudsman; | 1.00 |  |
|  | CG | Correspondence to client with amended IRS claim; | 0.20 |  |
|  | CG | Office conference with client; conduct phone conference with US Trustee; | 0.80 |  |
|  | CG | Review & check on status of cash collateral order; review order and send to client with cover letter; | 0.30 |  |
| 05/30/2017 |  |  |  |  |
|  | MF | Draft order to employ E&M as attorneys for debtor | 0.10 |  |
|  | CG | Phone call with Carla Barksdale; meet in office; | 0.40 |  |
|  | CG | Email with client with amended IRS claim; | 0.20 |  |
|  | CG | Phone call with DPI re proof of claim; | 0.10 |  |
| 05/31/2017 |  |  |  |  |
|  | CG | Phone call with client re sale prospects; | 0.10 |  |
|  |  | **AMOUNT DUE FOR CURRENT FEES** | 29.10 | 7,354.50 |

Sunshine Home Health Care

Bankruptcy
CNG

## EXPENSES

| Date | Description | Amount |
|---|---|---:|
| 05/08/2017 | Photocopies of notice and application to employ Evans & Mullinix as counsel | 38.00 |
| 05/08/2017 | Photocopies of Motion for Use of Cash Collateral and for Authorization to Pay Prepetition Payroll | 4.00 |
| 05/08/2017 | Photocopies of Motion for Expedited hearing on mot to use cash collateral and to pay pre petition payroll | 19.00 |
| 05/08/2017 | Postage - mailing of application to employ counsel and motion for expedited hearing | 25.46 |
| 05/08/2017 | Postage - mailing of first day motions to IRS, KDOR and US attorney | 3.92 |
| 05/09/2017 | Photocopies of notice of expedited hearing | 9.50 |
| 05/09/2017 | Postage - mailing of notice of expedited hearing | 17.48 |
| 05/10/2017 | Photocopies of notice of continuance of 341 hearing | 9.50 |
| 05/10/2017 | Postage - mailing of notice of continuance of 341 meeting | 17.48 |
| 05/17/2017 | Photocopies of order authorizing use of cash collateral | 19.50 |
| 05/17/2017 | Postage - mailing of order granting use of cash collateral | 17.94 |
| 05/25/2017 | Photocopies of order setting bar date | 39.00 |
| 05/25/2017 | Postage - mailing of order setting bar date | |
| | **TOTAL EXPENSES** | 220.78 |

## ADVANCES

| Date | Description | Amount |
|---|---|---:|
| 05/05/2017 | Costs paid to Kansas Secretary of State for UCC search; | 12.00 |
| 05/05/2017 | Costs paid to Clerk of the Bankruptcy Court for filing fee; | 1,717.00 |
| | **AMOUNT DUE FOR ADVANCES** | 1,729.00 |

Payments received through 05/31/2017 - Thank You

| 05/18/2017 | Paid from trust account | -1,717.00 |
|---|---|---:|

**TOTAL BALANCE DUE** $7,587.28

Your trust account #1 balance is $5,000.00

Bankruptcy
CNG

(Please reference account number on your check. Thank you.)

Please note that payments received after the billing date are not reflected on this statement.

**EVANS & MULLINIX, P.A.**
7225 Renner Road, Suite 200
Shawnee, KS 66217
(913) 962-8700

Sunshine Home Health Care
14610 Parallel Rd.
Basehor  KS  66007

June 30, 2017
Account No:      30177-10D
Statement No:              2

Bankruptcy
CNG

Previous Balance                                                                                          $7,587.28

## STATEMENT FOR SERVICES

|  |  |  | Hours |
|---|---|---|---|
| 06/02/2017 | | | |
| | MF | Draft application to employ Michelle Parker as accountant for Debtor | 0.50 |
| | CG | Phone call with client re asset and US Trustee reports; | 0.20 |
| | CG | Phone call with client and accountant; draft motion to employ accountant; | 0.50 |
| 06/13/2017 | | | |
| | MF | Draft notice on application to employ accountant | 0.20 |
| | CG | Emails and phone calls with client; check on status of accountant motion; | 0.20 |
| | CG | Phone call with attorney for potential purchaser; | 0.20 |
| 06/14/2017 | | | |
| | CG | Email with client re sale issues; | 0.10 |
| | CG | Travel to and attend meeting of creditors; | 2.00 |
| 06/15/2017 | | | |
| | MF | Draft order granting application to employ accountant | 0.20 |
| | CG | Email to client re US Trustee schedule; | 0.10 |
| 06/21/2017 | | | |
| | CG | Email with client re monthly report; | 0.10 |

Sunshine Home Health Care

Bankruptcy
CNG

|  |  |  | Hours |  |
|---|---|---|---|---|
| 06/22/2017 | | | | |
| | CG | Phone call with client and potential purchaser; | 0.20 | |
| 06/26/2017 | | | | |
| | CG | Review and file monthly report; | 0.50 | |
| | CG | Phone call with client and attorney for potential buyer; | 0.20 | |
| 06/27/2017 | | | | |
| | CG | Phone call with Carla Barksdale; | 0.20 | |
| 06/28/2017 | | | | |
| | CG | Email to client re purchase offer; | 0.20 | |
| 06/30/2017 | | | | |
| | CG | Email with client re cash collateral; emails and phone calls with potential purchaser; | 0.30 | |
| | | **AMOUNT DUE FOR CURRENT FEES** | 5.90 | 1,460.50 |

### EXPENSES

| | | | |
|---|---|---|---|
| 06/14/2017 | Photocopies of notice and application to employ accountant | | 20.50 |
| 06/14/2017 | Postage - mailing of notice and application to employ accountant | | 18.86 |
| | **TOTAL EXPENSES** | | 39.36 |

**TOTAL BALANCE DUE**     $9,087.14

Your trust account #1 balance is $5,000.00

(Please reference account number on your check. Thank you.)

Please note that payments received after the billing date are not reflected on this statement.